**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00194-CR

**SERGIO GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-62493-L**

## ORDER

We **GRANT** appellant's June 19, 2014 motion to order a complete reporter's record filed.

We **ORDER** Official Court Reporter Victoria Franklin to file a supplemental reporter's record of the July 3, 2013 hearing on the motion to suppress. The supplemental reporter's record shall be due **THIRTY DAYS** from the date of this order.

We **EXTEND** the time to file appellant's brief until **SIXTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE